1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
ERIKA JOHNSON-BROOKS
4 Assistant United States Attorney
California Bar Number: 210908
5       Room 7516, Federal Building
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0474
7       Facsimile: (213) 894-7819
        Erika.Johnson@usdoj.gov
8
Attorneys for Federal Defendant
9 Ray Mabus, Secretary of the United States
Department of Navy
10

JS - 6

11           IN THE UNITED STATES DISTRICT COURT

12           CENTRAL DISTRICT OF CALIFORNIA

13                 EASTERN DIVISION

14

15 SIDNEY COLLINS, an            ) CV NO. 12-02325 PA (DTBx)
   individual,                   )
16                               )
             Plaintiff,          )   **ORDER DISMISSING ACTION WITH**
17                               )            **PREJUDICE**
              v.                 )
18                               )
   RAY MABUS, SECRETARY,         )
19 DEPARTMENT OF THE NAVY,       )
                                 )
20           Defendant.          )

21

22      The parties having filed a Stipulation for Compromise

   Settlement and Dismissal,

23      IT IS HEREBY ORDERED:

24      1.   Plaintiff's action is dismissed with prejudice in its

25 entirety; and

26 /    /    /

27 /    /    /

28

2.   Each party shall bear their own costs of suit and fees.


DATED: January 31, 2013

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE